IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WORLDWIDE MACHINERY GROUP, INC., *et al*.,<br><br>Debtors.[1]  | Chapter 11<br><br>Case No. 25-90379 (CML)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WORLDWIDE MACHINERY GROUP, INC., *et al.*<br><br>Plaintiff,<br><br>-v-<br><br>KEY EQUIPMENT FINANCING, a division of KEYBANK NATIONAL ASSOCIATION, as Administrative Agent, GORDON BROTHERS COMMERCIAL & INDUSTRIAL LLC, and DOES 1 – 100,<br><br>Defendants. | Adv. Pro. No. 25-03791 (CML) |

**NOTICE OF DISMISSAL OF (I) ADVERSARY PROCEEDING WITH PREJUDICE SOLELY WITH RESPECT TO DEFENDANT KEYBANK EQUIPMENT FINANCING AND DOES 1 – 100 AND (II) COUNT 4 OF ADVERSARY COMPLAINT WITHOUT PREJUDICE  SOLELY WITH RESPECT TO DEFENDANT <u>GORDON BROTHERS COMMERCIAL & INDUSTRIAL LLC</u>**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases (the "<u>Committee</u>"), by and through its proposed counsel, Pachulski Stang Ziehl & Jones, LLP, hereby discontinues and dismisses the Complaint in the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Worldwide Machinery Group, Inc. (8029), Worldwide Machinery, Ltd. (3666), Worldwide Operating, Inc. (7023), and Worldwide Machinery GP, LLC (5399).  The location of Debtor Worldwide Machinery Group, Inc.'s corporate headquarters is 2200 Post Oak Boulevard, Suite 1000, Houston, Texas 77056.

4919-0396-0181.3 95008.00002

captioned adversary proceeding, with prejudice, solely with respect to defendant Key Equipment Financing, a division of KeyBank National Association, as Administrative Agent, and Does 1 – 100, with the parties bearing their own costs and expenses, including, without limitation, attorneys' fees.

**PLEASE TAKE FURTHER NOTICE** that the Committee also hereby discontinues and dismisses Count 4 (Civil Conspiracy) of the Complaint in the above-captioned adversary proceeding, without prejudice, solely with respect to defendant Gordon Brothers Commercial & Industrial LLC, with the parties bearing their own costs and expenses, including, without limitation, attorneys' fees.

*[Remainder of page intentionally left blank]*

Dated:  October 29, 2025
Houston, Texas

        **PACHULSKI STANG ZIEHL & JONES, LLP**

        */s/ Maxim B. Litvak*
        Judith Elkin (TX Bar No. 06522200)
        Maxim B. Litvak (TX Bar No. 24002482)
        Benjamin L. Wallen (TX Bar No. 24102623)
        700 Louisiana Street, Suite 4500
        Houston, TX 77002
        Telephone: (713) 691-9385
        Facsimile: (713) 691-9407
        Email: jelkin@pszjlaw.com
                mlitvak@pszjlaw.com
                bwallen@pszjlaw.com

        -and-

        Bradford J. Sandler (admitted *pro hac vice*)
        Robert J. Feinstein (admitted *pro hac vice*)
        John A. Morris (admitted *pro hac vice*)
        1700 Broadway, 36th Floor
        New York, NY 10019
        Telephone: (212) 561-7700
        Facsimile: (212) 561-7777
        Email: bsandler@pszjlaw.com
                rfeinstein@pszjlaw.com
                jmorris@pszjlaw.com

        *Proposed Counsel to the Official*
        *Committee of Unsecured Creditors*

## Certificate of Service

      I certify that on October 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Maxim B. Litvak*
Maxim B. Litvak

4919-0396-0181.3 95008.00002